# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No. 3:25-cr-541-LCB-HNJ |
| | ) |
| **JOSHUA ROHLING** | ) |

## ORDER

On November 3, 2025, a Change of Plea Hearing was held in the above case by Magistrate Judge Herman N. Johnson. A Report and Recommendation was filed on November 3, 2025 recommending that the guilty plea be accepted, and the defendant be adjudged guilty and have sentence imposed accordingly.

It is **ORDERED** that the Report and Recommendation is **ADOPTED** and the guilty plea is **ACCEPTED**.

**DONE** and **ORDERED** this December 23, 2025.

LILES C. BURKE
U.S. DISTRICT JUDGE